NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE FINJAN, INC.**

---

2011-1542
(Reexamination No. 90/008,684)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

PAUL J. ANDRE, Kramer Levin Naftalis & Frankel LLP, of Menlo Park, California, argued for appellant. With him on the brief were LISA KOBIALKA and JAMES R. HANNAH.

NATHAN K. KELLEY, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for Director of the United States Patent and Trademark Office. On the brief were RAYMOND T. CHEN, Solicitor, and COKE MORGAN STEWART and ROBERT J. MCMANUS, Associate Solicitors.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (MOORE, BRYSON, AND O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 11, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |